810 A.2d 60

IN THE MATTER OF JACKIE S. GEORGE, AN ATTORNEY AT LAW (ATTORNEY NO. 003191994)

November 26, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–02–189, concluding that **JACKIE S. GEORGE** of **CLIFFSIDE PARK,** who was admitted to the bar of this State in 1994, should be reprimanded for violating *RPC* 3.3(a)(5) (lack of candor toward a tribunal), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JACKIE S. GEORGE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.